UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: JEFFREY NEAL VAN                                                   Chapter 13
                                                                          Case No:23-01352 KMS

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code.  **1. In 3.3, Aaron's is a lease and should be in 6.1.  2. In 4.5, Trustee has not received the DS Orders on both recipients; MS DHS does not have these cases; information in 4.5 should be confirmed.  3. In Schedule J, there is a deduction for a NFS vehicle in the amount of $408, Trustee needs to review the loan documents. 4. In 5.1, the "funds remaining..." should be checked.  (sjd)**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.

2. The Trustee hereby objects to any amended plan filed hereafter.

23-01352 KMS          OBJECTION TO CONFIRMATION OF          Page 2 of 2
                              INITIAL PLAN

    3.   That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated:  8/21/2023                                  /s/  Samuel Duncan
                                                                      Samuel Duncan, Attorney
                                                                       for Chapter 13 Trustee
                                                                       P.O. Box 566
                                                                       Hattiesburg, MS  39403
                                                                       (601) 582-5011
                                                                       Miss. Bar No. 6234
                                                                       sduncan@rawlings13.net

### CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi  39201; and Frank H. Coxwell, 1675 Lakeland Drive, Suite102, Jackson, MS  39216.

     So certified on this 21st of August, 2023.

                                                                                  /s/  Samuel Duncan
                                                                                  Samuel Duncan